```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
    (916) 554-2900 FAX
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9                EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES,                  ) CASE NO.  2:11-CR-0481 JAM
12                                  )
              Plaintiff,            )
13                                  )
    v.                              ) STIPULATION AND ORDER TO CONTINUE
14                                  ) SENTENCING
    THOMAS BROWN HAMMOND,           )
15                                  ) Date: April 10, 2012
              Defendant.            ) Time: 9:30 a.m.
16                                  ) Court: Hon. John A. Mendez
                                    )
17
```

     The parties, by and through their undersigned counsel, hereby ask the Court to continue judgment and sentencing in the above-captioned matter from April 10, 2012, to April 24, 2012 at 9:30 a.m. This stipulation was entered into following a request from the United States Probation Office.  The Probation Officer assigned to the case would like additional time to investigate the issue of restitution.

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

All filing deadlines for objections to the presentence report and sentencing memos will be adjusted accordingly.

Dated: March 21, 2012                 Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney


                                  By: */s/ Kyle Reardon*
                                      KYLE REARDON
                                      Assistant U.S. Attorney


Dated: March 21, 2012                 */s/ Kyle Reardon for*
                                      MATTHEW JACOBS
                                      Attorney for the Defendant

PDF created with pdfFactory trial version www.pdffactory.com

```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) CASE NO.  2:11-CR-0481 JAM |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| THOMAS BROWN HAMMOND, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

    APPROVED AND SO ORDERED.

Dated:  3/21/2012

                                             /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com