MATTHEW G. JACOBS (SBN 122066)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendant
THOMAS HAMMOND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS BROWN HAMMOND,<br><br>　　　　Defendant. | CASE NO. 2:11-CR-00481-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties, by and through their undersigned counsel, hereby ask the Court to continue judgment and sentencing in the above-captioned matter from April 24, 2012, to May 22, 2012 at 9:30 a.m. This stipulation was entered into following a request from the United States Probation Office. The Probation Officer assigned to the case would like additional time to further investigate the issue of restitution.

All filing deadlines for objections to the presentence report and sentencing memos will be adjusted accordingly.

Dated: April 18, 2012                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DLA PIPER LLP (US)


　　　　　　　　　　　　　　　　　　　　/s/ Matthew G. Jacobs
　　　　　　　　　　　　　　　　　　　　MATTHEW G. JACOBS
　　　　　　　　　　　　　　　　　　　　Attorneys for Thomas Hammond

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  April 18, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Kyle Reardon |
| 4 | | KYLE REARDON<br>Assistant U.S. Attorney |

**ORDER**

APPROVED AND SO ORDERED.

Dated: April 18, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com