BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

**FILED**

JUN 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) CASE NO.  2:11-CR-0481 JAM |
|---|---|
| Plaintiff, | ) **NOTICE OF CRIME VICTIMS' REQUEST** |
| v. | ) **TO BE REASONABLY HEARD PURSUANT TO** |
| | ) **18 U.S.C. § 3771** |
| THOMAS BROWN HAMMOND, | ) |
| Defendant. | ) Date: June 12, 2012 |
| | ) Time: 9:30 a.m. |
| | ) Court: Hon. John A. Mendez |

The United States, by and through the undersigned counsel, hereby notifies the Court that the following victims request to be reasonably heard at sentencing pursuant to 18 U.S.C. § 3771(a)(4):

1. Claudia W.
2. The Ryan Family
3. The B. Family

The following victims have requested that the United States be permitted to read a statement on their behalf at sentencing:

1. Diane T.
2. Shirley D.
3. Susan S.

1. 4. The William S. Trustee
2. 5. Patricia G.
3. The United States asks the Court to permit any victims not identified herein the opportunity to exercise their rights consistent with the Crime Victim Rights Act.

Dated: June 11, 2012                    Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                              By:
                                  */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney

2

Stip. And [Proposed] Order
United States v. Hammond
2:11-CR-0481 JAM

```
 1  BENJAMIN B. WAGNER
    United States Attorney
    KYLE REARDON
 2  Assistant U.S. Attorney
    501 I Street, Suite 10-100
 3  Sacramento, CA  95814
    (916) 554-2700
 4  (916) 554-2900 FAX
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT
 9                EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES,              ) CASE NO.  2:11-CR-0481 JAM
                                )
12                  Plaintiff,  )
                                )
13  v.                          ) ORDER
                                )
14  THOMAS BROWN HAMMOND,       )
                                )
15                  Defendant.  )
                                )
16  _____)
17
18       APPROVED AND SO ORDERED.
19
    Dated: 6-12-2012
20
                                 _____
21                               JOHN A. MENDEZ
                                 United States District Judge
22
23
24
25
26
27
28
```